UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY WAYNE TANGEN,<br><br>Defendant. | No. 2:15-CR-073-SMJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO TRAVEL |

Before the Court is Defendant's Motion for an Order Modifying Conditions of Release, ECF No. 24. Defendant seeks to travel on the dates listed below for business purposes. The United States has filed a response stating it does not object to the Motion; the U.S. Probation Office does not object to the requested travel.

**IT IS ORDERED** that the Motion, **ECF No. 24,** is **GRANTED.** Defendant shall be allowed to travel to the following places on the following dates:

1. To Coeur d'Alene, Idaho, between August 29th and 30th;
2. To Eugene, Oregon, between September 3rd and September 6th;
3. To Seattle, Washington, between October 4th and 5th;
4. To Scottsdale, Arizona, between October 22nd and October 25th; and
5. To Missoula, Montana, between November 13th and November 15th.

Defendant shall advise the U.S. Probation Office of his contact information and travel arrangements prior to all travel. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED August 18, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1