UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY WAYNE TANGEN,<br><br>Defendant. | No. 2:15-CR-073-SMJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO TRAVEL |

Before the Court is Defendant's unopposed Motion for Order Modifying Conditions of Release. Defendant seeks modification of his conditions of release to allow travel on certain dates for business purposes. Defendant represents that neither Assistant United States Attorney Jones nor United States Probation Officer Carlson object to the Defendant's request.

**IT IS ORDERED** that Defendant's unopposed Motion, **ECF No. 43,** is **GRANTED.** Defendant is allowed to travel to the following places on the following dates for business purposes:

1. Seattle, Washington, between November 22nd and 29th;
2. Priest River, Idaho, between December 11th and 13th;
3. Seattle, Washington, between December 22nd and 28th.

Defendant shall advise the U.S. Probation Office of his travel plans and contact information prior to travel.

PROVIDED that, notwithstanding, Defendant is required to personally

ORDER - 1

attend all court hearings from which he is not excused, regardless of whether such hearings fall within the above dates, and

PROVIDED FURTHER all other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED November 20, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2