UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY WAYNE TANGEN,<br><br>　　　　　　　Defendant. | No. 2:15-CR-073-SMJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO TRAVEL |

　　　　Before the Court is Defendant's Motion for Order Modifying Conditions of Release. Defendant seeks permission to travel to San Jose, California, for business purposes. Neither the United States, nor the U.S. Probation Office object to Defendant's request.

　　　　**IT IS ORDERED** Defendant's Motion, **ECF No. 48,** is **GRANTED.** Defendant may travel to San Jose, California, between **February 2 and February 8, 2016.** Travel arrangements and contact information shall be provided to the U.S. Probation Office.

　　　　All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

　　　　DATED January 26, 2016.



　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　JOHN T. RODGERS
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER - 1