UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY WAYNE TANGEN,<br><br>Defendant. | No. 2:15-CR-073-SMJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO TRAVEL |

Before the Court is Defendant's Motion for Order Modifying Conditions of Release. Defendant seeks permission to travel to Seattle, Washington, between March 18th and March 21st, and to Portland, Oregon, between April 22nd and April 25th, for business purposes. Neither the United States, nor the U.S. Probation Office object to Defendant's request.

**IT IS ORDERED** Defendant's Motion, **ECF No. 56,** is **GRANTED.** Defendant may travel to Seattle, Washington, between **March 18 and March 21, 2016,** and to Portland, Oregon, between **April 22 and April 25, 2016.** Prior to travel, Defendant shall provide the U.S. Probation Office his specific travel and lodging arrangements, and means by which he may be reliably contacted during the trip.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED March 17, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1