UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY WAYNE TANGEN,<br><br>Defendant. | No. 2:15-CR-073-SMJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO TRAVEL |

Before the Court is Defendant's Motion for Order Modifying Conditions of Release. Defendant seeks permission to travel to Coeur d'Alene, Idaho, between July 3rd and July 5th; to Coeur d'Alene, Idaho, between July 16th and July 18th; and to Seattle, Washington, between July 30th and August 2nd, for business purposes. Neither the United States, nor the U.S. Probation Office object to Defendant's request.

**IT IS ORDERED** Defendant's Motion, **ECF No. 77,** is **GRANTED.** Defendant may travel to Coeur d'Alene, Idaho, between **July 3rd and July 5th**; to Coeur d'Alene, Idaho, between **July 16th and July 18th**; and to Seattle, Washington, between **July 30th and August 2nd**, for business purposes. Prior to travel, Defendant shall provide the U.S. Probation Office his specific travel and lodging arrangements, and means by which he may be reliably contacted during the trip.

ORDER - 1

1  All other terms and conditions of pretrial release not inconsistent herewith
2  shall remain in full force and effect.
3  DATED June 15, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2