FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>JEREMY WAYNE TANGEN<br><br>                  Defendant. | No. 2:15-CR-0073-SMJ<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

      Before the Court is Defendant's Motion for Order Modifying Conditions of Release and Expedited Hearing. ECF No. 109. Defendant seeks to travel to Seattle, Washington between September 16 and 17, 2016; and to Phoenix, Arizona between September 21 and 26, 2016. Defendant reports that neither U.S. Attorney Scott Jones nor U.S. Probation Officer Erik Carlson have any objection to the requested travel.

      **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release, **ECF No. 109, is GRANTED**. Defendant may travel to Seattle, Washington between September 16 and 17, 2016; and to Phoenix, Arizona between September 21 and 26, 2016.

      *Provided* that prior to travel, Defendant must provide Pretrial Services specific information about where he will be spending any overnight outside the district, and a telephone number where he can be contacted at any time that he is out of the district. While out of the district, Defendant is subject to all previously

///

ORDER GRANTING MOTION TO MODIFY - 1

1 ordered conditions of release not inconsistent with temporary travel outside the
2 district.
3     DATED September 2, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY - 2