FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY WAYNE TANGEN,<br><br>Defendant. | No.   2:15-CR-0073-SMJ-01<br><br>**ORDER GRANTING THE USAO'S MOTION TO DISMISS** |

A pretrial conference was held on September 20, 2016.  Defendant Jeremy Wayne Tangen was present, represented by Carl Joseph Oreskovich and Andrew M. Wagley.  Assistant U.S. Attorney Scott Travis Jones appeared on behalf of the U.S. Attorney's Office (USAO).  During the hearing, the USAO orally requested to dismiss the Superseding Indictment without prejudice.   The USAO seeks the Court's leave to dismiss the Superseding Indictment, ECF No. 81, without prejudice as to Defendant Jeremy Wayne Tangen pursuant to Federal Rule of Criminal Procedure 48(a).  Having reviewed the pleadings filed in connection with the motion, the Court grants the USAO leave to dismiss the Superseding Indictment. The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

ORDER **-** 1

**1.** The USAO's oral Motion to Dismiss the Superseding Indictment Without Prejudice is **GRANTED**.

**2.** The Superseding Indictment, **ECF No. 81**, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Jeremy Wayne Tangen.

**3.** All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

**4.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 28th day of September 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2